

# HILL RIVKINS LLP

45 Broadway, Suite 2110, New York, NY 10006-3776
Tel: 212 669-0600    Fax: 212 669-0698
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

March 27, 2026

Application granted. The conference previously scheduled for April 3, 2026 is hereby adjourned to June 5, 2026 at 1:30 p.m.

SO ORDERED.

_____

Hon. Ronnie Abrams
March 30, 2026

**By ECF**
Hon. Ronnie Abrams
United States District Judge
United States District Court,
Southern District of New York

Re:    Request to Adjourn Initial Status Conference and
Extend Time to Submit Joint Status Letter and
Proposed Case Management Plan and Scheduling Order
*EB Passos LLC v. Maersk A/S, Way 2 Go*
*Cargo Corp., and Way 2 Go Cargo Ltda*
Case No.: 26-cv-759 (RA)

Dear Judge Abrams:

We represent Plaintiff, EB Passos LLC, in the above-referenced action.  In accordance with the Court's Order and Notice of Initial Conference (Doc. no. 10) and Individual Rules & Practices in Civil Cases, we respectfully make this first request to adjourn the telephonic initial status conference scheduled for April 3 at 3:30 p.m. and extend the March 27 deadline to submit a joint status letter and proposed case management plan and scheduling order.  Pursuant to a signed waiver of service, April 28 is the deadline for foreign party Maersk A/S to file an answer or motion in response to the complaint.  (Doc. no. 14.) The response time afforded by the waiver of service has been used for good-faith settlement discussions, and to conserve resources Maersk has not appointed counsel.

We respectfully request that the telephonic status conference be adjourned to a time convenient for the Court on May 6-8 or 11-13, or after May 25, and that the deadline to submit a joint status letter and proposed case management plan be extended to a date one week before the new date for the initial status conference.

NEW JERSEY
The Bentley Building | 98 Craig Road
Manalapan, NJ 07726
Tel: 732 838-0300  Fax: 732 316-2365

TEXAS
1000 N. Post Oak Rd., Suite 220
Houston, Texas 77055
Tel: 713 222-1515  Fax: 713 222-1359

Hon. Ronnie Abrams
March 27, 2026
<u>Page Two</u>

       Way 2 Go Cargo Corp., the only defendant that has appeared, consents to this request.

       We thank the Court for its consideration of this request.

              Respectfully submitted,

              HILL RIVKINS LLP

              Brian P. R. Eisenhower

003 - Court

