**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EB PASSOS LLC,

           Plaintiff,

    v.

MAERSK A/S, WAY 2 GO CARGO CORP.,
and WAY 2 GO CARGO LTDA,

           Defendants.

Case No.: 26-cv-759

**ORDER**

The Court has been informed that the parties have reached an agreement in principle to settle this case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs to any party and subject to restoring the action to the Court's calendar, provided the application to restore the action is made within 45 days.

All case deadlines are adjourned sine die.

SO ORDERED.

Dated: May 1, 2026
      New York, New York

_____
Ronnie Abrams
United States District Judge